# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOPE LINDSTROM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:26-cv-3024 |
| v. | ) | |
| | ) | |
| MICHAEL HILGERS, in his official | ) | **Stipulated Dismissal with** |
| capacity as the Attorney General of the | ) | **Prejudice** |
| State of Nebraska; and | ) | |
| | ) | |
| ASHLEY NEWMYER, in her official | ) | |
| capacity as the Director of the Division | ) | |
| of Public Health for the Nebraska | ) | |
| Department of Health and Human | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

In accordance with settlement terms and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 20th day of March, 2026.


_/s/Jennifer Huxoll_
Joshua E. Dethlefsen #24667
Lincoln J. Korell #26951
Jennifer A. Huxoll #20406
Office of the Attorney General
1445 K. Street, Suite 2115
Lincoln, Nebraska 68508
joshua.dehtlefsen@nebraska.gov
Lincoln.korell@nebraska.gov
jennifer.huxoll@nebraska.gov

*Attorneys for Defendants*

_/s/ Joshua Polk_
JOSHUA POLK
Cal. Bar No. 329205
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419-7111
JPolk@pacificlegal.org

GLENN E. ROPER
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive
Suite 400
Highlands Ranch, CO 80129
Tel: (916) 503-9045
GERoper@pacificlegal.org


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court of Nebraska, using the CM/ECF system, which sent notification of said filing to all registered users.

_/s/ Joshua Polk_____
JOSHUA POLK